# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT / SOUTHERN DISTRICT OF NEW YORK

No. 08 CIV 5987

**MAERSK LINE, as agents for SAFMARINE, INC., and MAERSK INC.,**

    *Plaintiffs,*

 -against-

**LESCHACO INC.,**

    *Defendant.*

State Of New York, County of New York SS:
**ROBIN RAMSON**
Being duly sworn, deposes and says that he is over the age of 18 years, is not a party to this action and resides in New York.

That on the **8TH** day of **JULY 2008**, At: **11:10 AM**

At: **1 EVERTRUST PLAZA, 3RD FLOOR, JERSEY CITY, NEW JERSEY 07302**

Deponent served the Annexed: **SUMMONS IN A CIVIL CASE AND CVIL COMPLAINT IN ADMIRALTY**

Upon: **LESCHACO INC.**

### PERSONAL SERVICE ON A CORPORATION
A corporation, by delivering thereat a true copy to **CHIARA TORQUATO (MANAGING AGENT)** personally; deponent knew the said individual to be *Authorized To Accept Service* thereof.

### DESCRIPTION
Deponent describes the individual served or spoken to as follows:
Sex: **FEMALE** Color: **WHITE** Hair: **BLACK** App. Age: **48** App. Ht: **5'7"** App. Wt. **175**
Other identifying features: **GLASSES**

ROBIN RAMSON 956-346

Sworn to before me this
8TH day of JULY 2008

JOLANTYNA CAGNEY
NOTARY PUBLIC, State of New York
No. 01CA6111489
Qualified in New Yok County
Commission Expires June 14, 2012